*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
GASTON, BONNER, and HOUTZ
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**David B. MORALEZ**
Staff Sergeant (E-6), U.S. Marine Corps
*Appellant*

**No. 202000153**

Decided: 29 April 2021

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Wilbur Lee

Sentence adjudged 10 March 2020 by a general court-martial convened at Joint Base Pearl Harbor-Hickam, Hawaii, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, forfeiture of all pay and allowances, confinement for 27 years, and a dishonorable discharge.[1]

For Appellant:
*Lieutenant Commander Hannah Eaves, JAGC, USN*

---

[1] Pursuant to a plea agreement, the convening authority suspended all confinement in excess of 20 years.

Opinion of the Court

For Appellee:
*Brian K. Keller, Esq.*

––––––––––––––––––––––––

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

––––––––––––––––––––––––

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Uniform Code of Military Justice arts. 59, 66, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court